**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FILIBERTO GONZALEZ,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

**26-CV-06936 (VEC) (JW)**

**ORDER TO UPDATE COURT**

**JENNIFER E. WILLIS, United States Magistrate Judge.**

In the Court's Order filed on August 19, 2026 at Dkt. No. 7, Parties were directed to discuss whether they are willing to consent to conducting all further proceedings before me. Parties were to file an update on ECF within two weeks of Defendant's appearance advising the Court of their position. Defendant appeared on August 14, 2026. (Dkt. No. 4). The Parties have not yet provided their position to the Court.

By **September 14, 2026**, Parties must take one of the following actions outlined in the Order at Dkt. No. 7:

- If all parties consent to proceed before the Magistrate Judge, counsel for the defendant must file on ECF a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form (available at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge )
- If any party does not consent to conducting all further proceedings before the assigned Magistrate Judge, the parties must file a joint letter, within two weeks on which Defendant enters an appearance, advising the Court that the parties do not consent, but without disclosing the identity of the party or parties who do

not consent. The parties are free to withhold consent without negative consequences.

SO ORDERED.

Dated: New York, New York
August 31, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge